IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTIAN ROUGH,
               Appellant,
       vs.
LYNNA FLOR TAPIA,
               Respondent.

No. 81973

**FILED**

NOV 04 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's motions. First Judicial District Court, Carson City; James E. Wilson, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a "Motion for Declaratory Relief Asserting Substantive Rights," an order denying a "Motion for Declaratory Relief Asserting Affirmative Application of Strict Scrutiny Procedural Protections," or an order denying a "Motion for Declaratory Relief Asserting

Equal Protection Under the Law." Nor do appellant's motions seek relief other than advisory opinions. Accordingly, this court lacks jurisdiction, and ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. James E. Wilson, District Judge
       Christian Rough
       Lynna Flor Tapia
       Carson City Clerk